UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              CASE NO. 09 B 20889
                                                    CHAPTER 13
JAMES W COLLUM
                                                    JUDGE JANET S BAER

    DEBTOR                                          **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** GREEN TREE SERVICING LLC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 3 | 12 | 6516 1STARRS 8315MAN | $8,545.97 | $8,545.97 | $8,545.97 |
| Total Amount Paid by Trustee | | | | | $8,545.97 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-20889-JSB

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 30th day of March, 2015.

Debtor:
JAMES W COLLUM
8315 S MANISTEE AVE
CHICAGO, IL  60617

Attorney:
GLENDA J GRAY
223 W JACKSON BLVD # 1116
CHICAGO, IL  60606
via Clerk's ECF noticing procedures

Creditor:
GREEN TREE SERVICING LLC
PO BOX 0049
PALATINE, IL  60055-0049

Mortgage Creditor:
BAC HOME LOANS SERVICING LP
2270 LAKESIDE BLVD MS:RLS-35
RICHARDSON, TX  75082

Mortgage Creditor:
THE BANK OF NEW YORK MELLON
% SPECIALIZED LOAN SERVICING
8742 LUCENT BLVD STE 300
HIGHLANDS RANCH, CO  80129

Mortgage Creditor:
WELLS FARGO BANK
% ROSICKI ROSICKI & ASSOCIATES
51 E BETHPAGE RD
PLAINVIEW, NY  11803

Creditor:
THE BANK OF NEW YORK MELLON
% SPECIALIZED LOAN SERVICING
8742 LUCENT BLVD STE 300
HIGHLANDS RANCH, CO  80129

ELECTRONIC SERVICE - United States Trustee

Date:  March 30, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603